FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEAN M. DORMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANKLIN CO SHERRIFF CORRECTION CENTER,<br><br>                Defendants. | No.   4:20-cv-05037-SMJ<br><br>**ORDER DISMISSING ACTION** |

On February 25, 2020, Plaintiff Sean M. Dorman, a prisoner at the Coyote Ridge Corrections Center, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, ECF No. 1. Plaintiff did not pay the filing fee or submit a complete application to proceed *in forma pauperis* under the Prison Litigation Reform Act, 28 U.S.C. § 1915.

By letter dated February 25, 2020, the Clerk's Office advised Plaintiff of these deficiencies. ECF No. 4. The Clerk's Office provided Plaintiff with the third page of the application to proceed *in forma pauperis* to complete and return. *Id.* Plaintiff has not complied with this directive and has filed nothing further.

On May 15, 2020, this Court ordered Plaintiff to submit a completed

ORDER DISMISSING ACTION – 1

application to proceed *in forma pauperis* within **twenty-one days** of the date of that Order. ECF No. 5. In the alternative, Plaintiff was advised he could pay the full $400.00 filing fee. *Id.* Plaintiff was cautioned that his failure to do so would result in the dismissal of this case. *Id.* Plaintiff has neither paid the filing fee nor returned the completed application to proceed *in forma pauperis* by the due date of June 5, 2020.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED** without prejudice for failure to pay the filing fee or comply with the *in forma pauperis* requirements of 28 U.S.C. §§ 1914, 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to *pro se* Plaintiff at his last known address, and **CLOSE** the file.

**DATED** this 24th day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION – 2