AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2020

SEAN F. McAVOY, CLERK

SEAN M. DORMAN

_____
*Plaintiff*

v.

FRANKLIN CO SHERRIFF CORRECTION CENTER

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:20-cv-05037-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   This action is DISMISSED without prejudice for failure to pay the filing fee or comply with the in forma pauperis
requirements of 28 U.S.C. §§ 1914, 1915.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Salvador Mendoza, Jr. _____

Date:  06/24/2020 _____

*CLERK OF COURT*

_____
SEAN F. McAVOY

_____
*(By) Deputy Clerk*

Sean F. McAvoy